```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
                              MARSHALL DIVISION

VISTO CORPORATION              *    Civil Docket No.
                               *    2:03-CV-332
VS.                            *    Marshall, Texas
                               *
                               *    April 15, 2004
INFOWAVE SOFTWARE, INC.        *    11:00 A.M.


                       TRANSCRIPT OF MOTION HEARING
                   BEFORE THE HONORABLE T. JOHN WARD
                       UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE PLAINTIFFS:        MR. SAM BAXTER
                           McKool-Smith
                           505 North Travis, Suite 100
                           Marshall, TX    75670

                           MR. RONALD S. KATZ
                           Manatt, Phelps & Phillips
                           1001 Page Mill Road
                           Building 2
                           Palo Alto, CA    94304

FOR THE DEFENDANTS:        MR. OTIS CARROLL
                           Ireland-Carroll Firm
                           P.O. Box 7879
                           Tyler, TX    75711

                           MR. BRETT C. GOVETT
                           MR. ROBERT M. CHIAVIELLO, JR.
                           Fulbright & Jaworski
                           2200 Ross Avenue, Suite 2800
                           Dallas, TX    75201

COURT REPORTER:            MS. SUSAN SIMMONS, CSR
                           Official Court Reporter
                           100 East Houston, Suite 125
                           Marshall, TX    75670
                           903/935-3868
(Proceedings recorded by mechanical stenography, transcript
produced on CAT system.)
```

FILED-CLERK
U.S. DISTRICT COURT
04 APR 20 PM 3:11
TX EASTERN-MARSHALL
BY_____

